UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In the Matter of

    SYNERGY BRANDS, INC.,

                  Debtor.
-----------------------------------------------------------------X
KENNETH KIRSCHENBAUM, as Chapter 7
Trustee for the Estate of Synergy Brands, Inc.,

                  Plaintiff,

      -against-

THOMAS BARBELLA, MAIR FAIBISH,
MITCHELL GERSTEIN, DAVID SHARIN,
THE CHARLES SCHWAB CORPORATION,
JP MORGAN CHASE & CO., JANNEY
MONTGOMERY SCOTT LLC and VANGUARD
FIDUCIARY TRUST COMPANY,

                  Defendants.
-----------------------------------------------------------------X

Chapter 7
Case No. 11-70412-dte

AFFIDAVIT OF SERVICE

Adv. Pro. No. 11-8908-dte

STATE OF NEW YORK )
                ) ss.:
COUNTY OF NASSAU )

        EILEEN WAGDA, being duly sworn, deposes and says:

        I am not a party to the action, am over 18 years of age and reside at Levittown, New York.

        On April 21, 2011, I served a true copy of the annexed **NOTICE OF MODIFIED SUPPLEMENTAL SUMMONS and MODIFIED SUPPLEMENTAL SUMMONS** in the following manner:

        BY: Mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) listed below:

Thomas Barbella
20 Cherry Lane
Syosset, New York 11791

Mair Faibish
14 Sabrina Court
Dix Hills, New York 11746

Mitchell Gerstein
114 Hidden Ponds Circle
Smithtown, New York 11787

David Sharin
1754 Park Street
Atlantic Beach, New York 11509

The Charles Schwab Corporation
211 Main Street
San Francisco, CA 94105
Attention: Carrie E. Dwyer, General Counsel

JP Morgan Chase & Co.
National Subpoena Processing
IN1-4054
7610 W. Washington Street
Indianapolis, IN 46231-1335
Attention: Dennis Howard, Unit Lead

Janney Montgomery Scott, LLC
1801 Market Street - 8th Floor
Philadelphia, PA 19103
Attention: Carrie Chelko, Esq. - General Counsel

Vanguard Fiduciary Trust Company
400 Devon Park Drive
Wayne, PA 19087-1815
Attention: Heidi Stam, Esq. - General Counsel
              Legal Dept. - V-26

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722

_____
EILEEN WAGDA

Sworn to before me this
21st day of April, 2011

_____
NOTARY PUBLIC

TAL HIRSHBERG
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02HI6212693
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 10/19/2013

# KIRSCHENBAUM & KIRSCHENBAUM, P.C.

KENNETH KIRSCHENBAUM*
SAMUEL KIRSCHENBAUM***
JENNIFER A. KIRSCHENBAUM
STEVEN B. SHEINWALD
STACY SPECTOR

GENE W. ROSEN
PAUL J. TRAMONTANO
RACHEL L. WEINRIB
TAL HIRSHBERG**
ANISH MASHETTIWAR
NEIL E. ASNEN**
MATTHEW D. BAROCAS

ATTORNEYS AT LAW
200 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
(516) 747-6700

www.KirschenbaumEsq.com

*ADMITTED NY & FL
**ADMITTED NY & NJ
***RETIRED

Writer's Direct Ext: 309
ssheinwald@KirschenbaumEsq.com

Re: Kenneth Kirschenbaum, as Trustee v. Thomas Barbella, Mair Faibish, Mitchell Gerstein, David Sharin, The Charles Schwab Corporation, JP Morgan Chase & Co., Janney Montgomery Scott LLC and Vanguard Fiduciary Trust Company, Defendants.

Adv. Pro. No. 11-8908

## NOTICE TO ALL DEFENDANTS

PLEASE TAKE NOTICE that the previously served Supplemental Summons in the above-referenced adversary proceeding, which set May 10, 2011 at 2:00 p.m. as the date and time of the pre-trial conference, was served in error and should be disregarded. The Supplemental Summons was modified to the extent that the date and time of the pre-trial conference was re-scheduled for June 14, 2011 at 2:00 p.m. A copy of the modified Supplemental Summons is enclosed herewith.

Any questions concerning the scheduling of the pre-trial conference may be directed to the undersigned counsel for the Trustee.

Dated: Garden City, New York
April 21, 2011

KIRSCHENBAUM & KIRSCHENBAUM, P.C.
Attorneys for Plaintiff

By: /s/ Steven B. Sheinwald
Steven B. Sheinwald
200 Garden City Plaza, 5th Floor
Garden City, NY 11530
Tel: (516) 747-6700, x309

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Synergy Brands, Inc.                    Bankruptcy Case No.: 8-11-70412-dte

Kenneth Kirschenbaum

                                  Plaintiff(s),

-against-                                      Adversary Proceeding No. 8-11-08908-dte

Thomas Barbella
Mair Faibish
Mitchell Gerstein
David Sharin
The Charles Schwab Corporation
JPMorgan Chase & Co.
Janney Montgomery Scott LLC
Vanguard Fiduciary Trust Company

                                  Defendant(s)

## SUPPLEMENTAL SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: |
|---|
| United States Bankruptcy Court<br>290 Federal Plaza, P.O. Box #9013<br>Central Islip, NY 11722-9013 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| Fletcher Strong<br>Kirschenbaum & Kirschenbaum PC<br>200 Garden City Plaza<br>Suite 500<br>Garden City, NY 11530 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Location: | Date and Time: |
|---|---|
| United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza – Room 760, Central Islip, NY 11722-9013 | June 14, 2011 at 02:00 PM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: April 11, 2011	Robert A. Gavin, Jr., Clerk of the Court

**Summons** [Summons and Notice of Pretrial Conf. rev. 03/16/2009]