Michael S. Cryan
David Dubrow
Jordana L. Renert
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorneys for Vanguard Fiduciary Trust Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re

SYNERGY BRANDS, INC.,

                        Debtor.

Chapter 7

Case No. 11-70412-dte

(Jointly Administered)

---------------------------------------------------------------x

KENNETH KIRSCHENBAUM, as Chapter 7
Trustee for the Estate of Synergy Brands, Inc.,

                        Plaintiff,

v.

THOMAS BARBELLA, MAIR FAIBISH,
MITCHELL GERSTEIN, DAVID SHARIN,
THE CHARLES SCHWAB CORPORATION,
JPMORGAN CHASE & CO., JANNEY
MONTGOMERY SCOTT LLC, &
VANGUARD FIDUCIARY TRUST
COMPANY,

      Defendant.

Adv. Proc. No. 11-08908-dte

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) s.s.:
COUNTY OF NEW YORK   )

      NOVA A. CONSTANTINO, being duly sworn, deposes and says:

NYC/592824.1

1. Deponent is not a party to this action, is over eighteen years of age, and resides in Queens County, State of New York.

2. On June 27, 2011, I served true and correct copies of the *Answer to Complaint, Counterclaim by Vanguard Fiduciary Trust Company against Kenneth Kirschenbaum, David Sharin, Crossclaim by Vanguard Fiduciary Trust Company against Kenneth Kirschenbaum, David Sharin* [Docket No. 21] and *Statement of Corporate Ownership* [Docket No. 22] upon the parties on the attached service list by depositing a true and correct copy thereof, enclosed in a postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States postal service within the city and state of New York upon the parties on the attached service list.

          */s/ Nova A. Constantino*
          Nova A. Constantino

Sworn to before me this
27th day of June, 2011.

    */s/ Susan E. Mackey*

Notary Public
Authorized in New York State
Commission Expires 8/7/2014
Registration #01MA6150724

# SERVICE LIST

Fletcher Strong
Kirschenbaum & Kirschenbaum PC
200 Garden City Plaza
Suite 500
Garden City, NY 11530
*Attorney to Plaintiff/Counter-Defendant/Cross-Defendant,*
*Kenneth Kirschenbaum, Chapter 7 Trustee*

Mark J Friedman
66 Split Rock Road
Syosset, NY 11791
*Attorney to Plaintiff/Counter-Defendant/Cross-Defendant, David Sharin*